UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO: 2:22-CR-1 |
| | ) | |
| v. | ) | |
| | ) | |
| ELGIN BURNEY | ) | |

## ORDER OF DISMISSAL

After careful consideration, the Government's motion requesting an order dismissing without prejudice the Indictment against Defendant Elgin Burney is **GRANTED**. Accordingly, the Indictment is hereby **DISMISSED WITHOUT PREJUDICE**.

So ordered, this 5 day of April 2022.

_____
HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA